NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3175

DANIEL YESUDIAN,

Petitioner,

v.

ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

Michael P. Deeds, Kestell & Associates, of Washington, DC, argued for petitioner. With him on the brief was James L. Kestell.

Elizabeth M. Hosford, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3175

DANIEL YESUDIAN,

Petitioner,

v.

ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        DC0432080386-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and SCHALL, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  February 16, 2010          /s/ Jan Horbaly
                              Jan Horbaly, Clerk